FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 MAR 21 PM 12:04

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

LAURA CRICK,

    Plaintiff,

Case No.: 3:12-cv-10-J-20JRK

vs.

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

### ORDER

This cause is before this Court on Defendant's Notice of Settlement (Doc. 6, filed March 19, 2012). Pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is **ORDERED** and **ADJUDGED**:

1. That the above case is hereby **DISMISSED without prejudice,** subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of March, 2012.

                                                                           _____
                                                                           HARVEY E. SCHLESINGER
                                                                           United States District Judge

Copies to:
Thomas M. Farrell, IV, Esq.
Wendy L. Furman, Esq.